UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENNILLE VIAU,
as Next Friend of K.V.,

      Plaintiff,

vs.

CITY OF TROY, a municipal corporation,
JOHN DOE, JANE DOE, ELAINE BO
and SCOTT MERCER,
Jointly and Severally,

      Defendants.

Case No.

Hon.

_____/

ERNST CHARARA & LOVELL, PLC
Kevin Ernst P44223
Hannah Fielstra P82101
Counsel for Plaintiff
645 Griswold, Suite 4100
Detroit, Michigan 48226
(313) 965-5555
kevin@ecllawfirm.com
hannah@ecllawfirm.com
_____/

## PLAINTIFF'S EX-PARTE MOTION TO APPOINT TENNILLE VIAU AS NEXT FRIEND FOR MINOR, K.V.

NOW COMES K.V., a minor, and moves this Honorable Court to appoint her mother, Tennille Viau, as Next Friend. In support of her Petition, K.V. represents unto this Honorable Court as follows:

1.     That she is the twelve (12) year old minor daughter of Tennille Viau and nominates her mother, Tennille Viau, as Next Friend.

2. That she is suing Defendants for damages pursuant to 42 USC §§1983, Fourteenth Amendment to the United States Constitution, and under the statutes and common law of the State of Michigan.

3. That she has no guardian or conservator of her estate.

4. That under the terms of Fed. R. Civ. P. 17(c)(2), it is necessary that a Next Friend be appointed to represent Petitioner.

5. That Tennille Viau is a competent and responsible person, has consented in writing, attached hereto, to be appointed as Petitioner for the purpose of prosecuting this action on K.V.'s behalf. **Exhibit 1**.

WHEREFORE, Petitioner respectfully prays Tennille Viau be appointed as Next Friend for the purposes of instituting this action.

Respectfully submitted,

/s/ Hannah R. Fielstra
HANNAH R. FIELSTRA (P82101)
Attorney for Plaintiff
**ERNST CHARARA & LOVELL, PLC**
645 Griswold Street, Suite 4100
Detroit, Michigan 48226
Phone: (313) 965-5555
Fax: (313) 965-5556
hannah@ecllawfirm.com

Dated: May 20, 2021

2

# EXHIBIT 1

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENNILLE VIAU,
as Next Friend of K.V.,

    Plaintiff,

vs.

CITY OF TROY, a municipal corporation,
JOHN DOE, JANE DOE, ELAINE BO
and SCOTT MERCER,
Jointly and Severally,

    Defendants.

Case No.

Hon.

---

ERNST CHARARA & LOVELL, PLC
Kevin Ernst P44223
Hannah Fielstra P82101
Counsel for Plaintiff
645 Griswold, Suite 4100
Detroit, Michigan 48226
(313) 965-5555
kevin@ecllawfirm.com
hannah@ecllawfirm.com

---

## CONSENT FOR APPOINTMENT OF NEXT FRIEND

I, Tennille Viau, hereby consent to the appointment as Next Friend of K.V., my minor daughter, and to appear for her in all matters relative to this action as stated above. I acknowledge that by the appointment I become responsible for the cost of this action.

_/s/ Tennille Viau_
Tennille Viau

Dated: May 19, 2021