UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENNILLE VIAU,

                                                         Civil Case No. 21-11169

    Plaintiff,

vs.                                                   HON. MARK A. GOLDSMITH

CITY OF TROY, et al.,

    Defendants.
_____/

## ORDER FOR STATUS CONFERENCE

       The Court will conduct a status conference in this case for all counsel via Zoom on Friday, September 24, 2021 at 1:00 pm. Instructions for attending the conference will be furnished by separate notice. Until further notice, Plaintiff's time to respond to Defendants' amended motion to dismiss and for summary judgment (Dkt. 12) and to file an amended complaint is suspended.

       SO ORDERED.

Dated: September 2, 2021                                 s/Mark A. Goldsmith
       Detroit, Michigan                                 MARK A. GOLDSMITH
                                                                    United States District Judge