UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENNILLE VIAU, as Next Friend
of K.V. ,

       Plaintiff,                Judge Mark A. Goldsmith
                                   Magistrate Judge David R. Grand
v                                        No. 21-11169

CITY OF TROY, TROY SCHOOL
DISTRICT, JOHN DOE, JANE DOE,
ELAINE BO and SCOTT MERCER,

       Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE enter the appearance of KENNETH B. CHAPIE of GIARMARCO, MULLINS & HORTON, P.C. as attorney for Defendant, TROY SCHOOL DISTRICT, with regard to the above-captioned matter.

                                               /s/KENNETH B. CHAPIE
                                             GIARMARCO, MULLINS & HORTON, PC
                                             Attorney for Defendant, Troy School District

DATED: October 18, 2021

## CERTIFICATE OF ELECTRONIC SERVICE

KENNETH B. CHAPIE states that on October 18, 2021, he did serve a copy of his **Notice of Appearance** via the United States District Court electronic transmission.

/s/KENNETH B. CHAPIE
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendant, Troy School District
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7048
kchapie@gmhlaw.com
P66148