UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENNILLE VIAU, as Next Friend
of K.V. ,

        Plaintiff,           Judge Mark A. Goldsmith
                                   Magistrate Judge David R. Grand
v                                  No. 21-11169

CITY OF TROY, TROY SCHOOL
DISTRICT, JOHN DOE, JANE DOE,
ELAINE BO and SCOTT MERCER,

        Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE enter the appearance of TIMOTHY J. MULLINS of GIARMARCO, MULLINS & HORTON, P.C. as Attorney for Defendant, TROY SCHOOL DISTRICT, with regard to the above-captioned matter.

                          /s/TIMOTHY J. MULLINS_____
                          GIARMARCO, MULLINS & HORTON, PC
                          Attorney for Defendant Troy School District
DATED: October 22, 2021

## CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on October 22, 2021, he did serve a copy of his Appearance via the United States District Court electronic transmission on the aforementioned date.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendant Troy School District
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
P28021