UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tennille Viau,

    Plaintiff(s),

v.

City of Troy, et al.,

    Defendant(s).

Case No. 21-11169
HON. MARK A. GOLDSMITH

### ORDER STRIKING DOCUMENT (Dkt. 24 )

The Court has reviewed the following document: Plaintiff's response to Defendants' motion to dismiss the amended complaint and for summary judgment (Dkt. 24 ). The Court finds that it should be stricken for the following reason(s):

☒ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____.

☑ Other: Plaintiff's response to Defendants' motion to dismiss the amended complaint and for summary judgment does not contain language certifying compliance with LR 5.1(a), as required by the Court's 5/24/2021 order (Dkt. 4).

Accordingly, the Court strikes the document. Plaintiff shall file an amended document that complies with all requirements on or before 11/11/2021.

SO ORDERED.

Dated: 11/9/2021
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on 11/9/2021.

s/Karri Sandusky
Karri Sandusky
Case Manager