MIE (Rev.04/18) Motion and Brief in Support

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TENNILLE VIAU  Next Friend of KV, a minor

        Plaintiff(s),        Case No. 2:21-cv-11169-MAG-DRG

v.        Judge Mark A. Goldsmith

CITY OF TROY ET AL

        Defendant(s).
_____/

**MOTION FOR**
motion to withdraw the attorneys

I, TENNILLE VIAU, appearing *pro se*, respectfully request that the Court order the removal of the attorneys representing me, the plaintiff. Please remove Ernst Charara & Lovell, PLC law firm from my case. Please remove Hannah Fielstra and Kevin S. Ernst from case number 2:21-cv-11169-MAG-DRG.

for the reasons that follow in the attached brief in support of this motion.

    E.D. Mich. Local Rule 7.1 requires that the parties attempt to agree on what you are asking for in this motion before filing it with the Court. Accordingly, I certify that:

☐ I contacted the opposing party/parties to explain my request. The opposing party/parties _____ my request.

**OR**

☒ I attempted to contact the opposing party/parties by

email
_____

but was unable to discuss my request with the opposing party/parties.

MIE (Rev.04/18) Motion and Brief in Support

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TENNILLE VIAU Next Friend of KV, a minor

    Plaintiff(s),

Case No. 2:21-cv-11169-MAG-DRG

v.

Judge Mark A. Goldsmith

CITY OF TROY ET AL

    Defendant(s).

**MOTION FOR**
motion to withdraw the attorneys

I, TENNILLE VIAU, appearing *pro se*, respectfully request that the Court order the removal of all attorneys that represent me, the plaintiff and my daughter.

for the reasons that follow in the attached brief in support of this motion.

E.D. Mich. Local Rule 7.1 requires that the parties attempt to agree on what you are asking for in this motion before filing it with the Court. Accordingly, I certify that:

☐ I contacted the opposing party/parties to explain my request. The opposing party/parties _____ my request.

**OR**

☒ I attempted to contact the opposing party/parties by

email _____

_____

but was unable to discuss my request with the opposing party/parties.

MIE (Rev.08/2020) Motion and Brief in Support

WHEREFORE, I respectfully request that the Court grant this motion and order the requested relief.

Dated: 11/17/2021

Signature

**TENNILLE VIAU**
Printed Name

**3974 HIGHLAND DR.**
Street Address

**TROY MI 48083**
City, State, and Zip Code

**248 250 6050**
Telephone Number

2

MIE (Rev.08/2020) Motion and Brief in Support

## BRIEF IN SUPPORT OF MOTION

### STATEMENT OF ISSUES PRESENTED

1. Whether the Court should order:

   The attorneys were hired and made aware of my full concerns as to why I was seeking legal help from them. All of these concerns has not been presented to the court, and now, nearly 6 months after agreeing to take the case, my attorneys informed me today that they will only address part of my concerns with the court, which was not our initial agreement when I spoke with Hannah over the phone. My attorneys and I are not in agreement on how my case should be presented. Instead of simply rejecting the case after I contacted them with all of our issues, Hannah accepted it, fully understanding all of my concerns involving the other party, but only now they have informed me that they will only present a partial issue to the court, as to why I hired them. I do not feel that their service is in my best interest and wished that they had informed me of their plan to dismiss the other issues from the beginning and that they never intended on addressing the entire reason for why I sought their legal help. Also, after I signed the agreement to allow them to represent our case, I sent Hannah an e-mail asking about the case, but she never responded and I didn't heard from her or any attorney on the case for four months. Because of the lack of communication, I assumed that they dropped the case. Later, I was made aware that they were still on the case only after I called the courthouse and the clerk provided me with the information. Also, I was informed that I should be receiving a link for a zoom conference to appear in court tomorrow, but I have not yet received it.

3

MIE (Rev.08/2020) Motion and Brief in Support

## CONTROLLING OR MOST APPROPRIATE LEGAL AUTHORITY

(List any federal laws, court cases, court rules, etc., that support your request. This may include the Federal Rules of Civil Procedure and the Court's local rules.)

I am not sure of any.

MIE (Rev.08/2020) Motion and Brief in Support

## ARGUMENT

(Explain why request should be granted. State how any rules, statutes, or cases support your request. You may also refer to documents to support your request. These documents should be attached as exhibits, unless they were previously filed with the Court.)

My request should be granted because their service does not fully represent why I hired them.

MIE (Rev.08/2020) Motion and Brief in Support

WHEREFORE, I respectfully request that the Court grant the motion.

Dated: 11/17/2021

Signature

**TENNILLE VIAU**
Printed Name

**3974 HIGHLAND DR.**
Street Address

**TROY MI 48083**
City, State, and Zip Code

**248 250 6050**
Telephone Number

6