UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENNILLE VIAU,

    Plaintiff,                                       Case No. 21-11169

vs.                                               HON. MARK A. GOLDSMITH

CITY OF TROY, et al.,

    Defendants.
_____/

## ORDER
## DISMISSING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT (Dkt. 12)

On August 31, 2021, Defendants City of Troy, Elaine Bo, and Scott Mercer filed their first motion to dismiss and for summary judgment (Dkt. 12). Subsequently, on October 11, 2021, Plaintiff filed an amended complaint (Dkt. 18). Consequently, Defendants' first motion to dismiss and for summary judgment (Dkt. 12) is dismissed without prejudice.

    SO ORDERED.

Dated: January 7, 2022                            s/Mark A. Goldsmith
    Detroit, Michigan                         MARK A. GOLDSMITH
                                                 United States District Judge