UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tennille Viau, et al.,

                Plaintiff(s),

v.                                          Case No. 2:21–cv–11169–MAG–DRG
                                              Hon. Mark A. Goldsmith

City of Troy, et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non–dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                s/Mark A. Goldsmith
                                                Mark A. Goldsmith
                                                United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/K Sandusky
                                                Case Manager

Dated:   January 7, 2022